# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERT SCHRODER and MARGARET SCHRODER,**<br><br>                                           **Plaintiffs,**<br><br>v.<br><br>**NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER , et al.,**<br>                                           **Defendants.** | **Civil Action No. 13-cv-10227** |

## NOTICE OF APPEARANCE

NOW COMES Edward D. Rapacki of the firm of Ellis & Rapacki LLP and enters his appearance as counsel for Plaintiffs Robert Schroder and Margaret Schroder in the above-captioned matter.

                                                            Respectfully submitted,
                                                            For the Plaintiff,

                                                            __/s/Edward D. Rapacki__
                                                            Edward D. Rapacki, BBO # 411910
                                                            ELLIS & RAPACKI LLP
                                                            85 Merrimac Street, Suite 500
                                                            Boston, MA 02114
                                                            telephone: (617) 523-4800
                                                            facsimile: (617) 523-6901
                                                            *erapacki@ellisrapacki.com*

Dated:    February 15, 2013

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 15th day of February 2013, true and accurate copies of this document and the accompanying memorandum of law filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                                                 /s/Edward D. Rapacki
                                                                                 Edward D. Rapacki