UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Boston)

| | |
|---|---|
| ROBERT SCHRODER, et al.,<br>   Plaintiffs<br><br>v.<br><br>NEW ENGLAND COMPOUNDING<br>PHARMACY, INC. d/b/a NEW ENGLAND<br>COMPOUNDING CENTER, et al.,<br>   Defendants | Civil Action No.: 1:13-cv-10227-FDS |

**NOTICE OF APPEARANCE**

Now come Robert A. Curley, Jr. and Lisabeth Ryan Kundert and request that their appearance be entered in this matter on behalf of Defendant GDC Properties Management, LLC.

                Respectfully submitted,

                /s/ Robert A. Curley, Jr.
                Robert A. Curley, Jr., Esq., BBO# 109180
                Lisabeth Ryan Kundert, Esq., BBO# 549155
                Curley & Curley, P.C.
                27 School Street, 6th Floor
                Boston, MA 02108
                617-523-2990
                rac@curleylaw.com
                lrk@curleylaw.com

## CERTIFICATE OF SERVICE

I, Robert A. Curley, Jr. hereby certify that I have served a copy of this pleading electronically to all counsel of record.

DATE: 2/22/13

Robert A. Curley, Jr., Esq.